IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

DOMINIQUE KING                                                                           PLAINTIFF

Vs.                      CASE NO. 3:09cv00204 JMM

DALE HAAS, et al                                                  DEFENDANTS

ORDER

Peter Drake Mann has filed a notice of appearance indicating that he is substitute Counsel for Plaintiff (DE #21).

The Clerk is directed to remove John McNairy Hardy as counsel and show Peter Drake Mann as counsel for Plaintiff.

IT IS SO ORDERED this 23rd day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE