IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DOMINIQUE KING, on her own
behalf and as Administratrix of the
Estate of Kevin Lakes                                                                    PLAINTIFF

v.                              Case No. 3:09-cv-204-DPM

DALE HAAS, in his official capacity as
County Judge of Craighead County,
Arkansas; CRAIGHEAD COUNTY,
ARKANSAS; STEVE METCALF;
BENNY FORD; JACK MCCANN,
in his official capacity as Sheriff of
Craighead County; and DR. STEVEN
MICHAEL BLANCHARD, individually
and in his official capacity as the
Medical Director of the Craighead
County Detention Center                                                              DEFENDANTS

## JUDGMENT

King's amended complaint, *Document 16,* is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

  26 July 2011